1  MATTHEW N. FALLEY (SBN 192493)
   mfalley@kellmanhoffer.com
2  CELESTE M. BRECHT (SBN 238604)
   cbrecht@kellmanhoffer.com
3  KELLMAN HOFFER LLP
4  1500 Rosecrans, Suite 305
   Manhattan Beach, California 90266
5  Telephone: 310.536.0707
   Facsimile: 310.582.5255
6
7  Attorneys for Plaintiff Informatica Corporation

8

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  INFORMATICA CORPORATION, a        Case No.:
13  Delaware corporation,
                                      CV 10 - 02235
14                Plaintiff,          COMPLAINT FOR COPYRIGHT
15                                    INFRINGEMENT [17 U.S.C. Sections
                                      101 et seq.]
16       vs.
                                      DEMAND FOR JURY TRIAL
17  SOLIX TECHNOLOGIES, INC., a
18  Delaware corporation; and DOES 1-
    10, inclusive,
19
                  Defendants.
20

21

22

23

24

25

26

27

28

{00010441}

Case No.:                                          COMPLAINT

Plaintiff Informatica Corporation ("Informatica") alleges as follows:

## JURISDICTION AND VENUE

1.    This action arises under the United States Copyright Act, 17 U.S.C. §§ 101 et seq.  Jurisdiction is based upon 28 U.S.C. §§ 1331 and 1338.

2.    Venue in this Judicial District is proper under 28 U.S.C. § 1391(b) and (c), in that a substantial part of the events giving rise to Informatica's claims occurred in this Judicial District, and one or more defendants reside in this Judicial District within the meaning of 28 U.S.C. § 1391(c).

## INTRADISTRICT ASSIGNMENT

3.    Because this action is an Intellectual Property Action as specified in Northern District of California Civil L.R. 3-2(c), it is to be assigned on a district-wide basis.

## THE PARTIES

4.    Informatica is a Delaware corporation with its principal place of business in Redwood City, California.  Informatica specializes in providing enterprise data management software and solutions to customers throughout the United States and the world.

5.    Informatica is informed and believes and based thereon alleges that defendant Solix Technologies, Inc. ("Solix") is a corporation organized and existing under the laws of Delaware, with its principal place of business in Santa Clara, California, and is doing business in this Judicial District.

6.    Informatica is unaware of the true names and capacities of the defendants sued herein as Does 1 through 10, inclusive, and therefore sues these defendants by fictitious names.  Informatica will seek leave of this Court to amend this Complaint to allege their true names and capacities when ascertained.

{00010441}

2

1  Informatica is informed and believes and based thereon alleges that each

2  fictitiously named defendant is responsible in some way for the creation,

3  production and/or distribution of the infringing products at issue in this Complaint,

4  and is liable to Informatica therefor.  Solix and Does 1 through 10 are sometimes

5  referred to collectively herein as "Defendants."

6       7.    Informatica is informed and believes and based thereon alleges that at

7  all times relevant herein, each of the Defendants was the agent, servant, or

8  employee of each other Defendant, and at all times relevant herein was acting

9  within the scope of such agency.

10

11                    BACKGROUND ALLEGATIONS

12      8.    In or about February 2009, Informatica acquired non-party

13  Applimation Inc. ("Applimation"), a developer of data management software.  As

14  part of that acquisition, Informatica acquired all right, title and interest in and to

15  Applimation's software programs, including a computer program known as the

16  Data Growth Analyzer ("DGA").

17      9.    The DGA program is a Structured Query Language ("SQL")

18  computer script that Informatica provides to prospective customers that are

19  considering using Informatica's data management software and services.  The

20  potential customer runs the DGA program on its computer network.  The DGA

21  program analyzes certain historical information regarding the potential customer's

22  data use, and generates a plain text data file that the potential customer emails to

23  Informatica.

24      10.   When Informatica receives the data file from the prospective

25  customer, Informatica processes that data to analyze the historical data growth and

26  project anticipated data growth and the corresponding need for data growth

27  management.  Informatica also projects the potential return on investment to the

28  prospective client based on the use of Informatica's software and services.

Informatica's software also converts the customer data file into an attractive

{00010441}                              3

Case No.:                                              COMPLAINT

1  presentation format for the customer's benefit.  The DGA program is an important

2  part of Informatica's ability to effectively market its data management software

3  and solutions to new customers, and to differentiate itself from competitors in the

4  marketplace.

5       11.   Informatica has complied in all respects with the copyright laws of

6  the United States, and all other laws governing copyright, and is the owner of the

7  exclusive rights and privileges in and to the copyright in the DGA program.  The

8  copyright covers the entire DGA software program.  The DGA program is an

9  original work of authorship fixed in a tangible means of expression.  Informatica

10  has registered the copyright in the DGA program with the United States Copyright

11  Office, and that registration is valid and subsisting.

12       12.   Informatica is informed and believes and based thereon alleges that

13  Solix provides information and database management services for customers

14  throughout the world.

15       13.   Informatica is informed and believes and based thereon alleges that

16  Solix has had access to the DGA program.

17       14.   Informatica is informed and believes and based thereon alleges that

18  Solix directly and/or substantially copied the DGA program, and has provided the

19  program to one or more potential Solix customers in order to assist Solix in

20  obtaining a contract with that customer to provide data management services.

21       15.   Solix's copying and distribution of the DGA program was without

22  authorization, license or other consent of Informatica or Applimation (as its

23  predecessor in interest), express or implied.

24

25                    FIRST CLAIM FOR RELIEF

26              Against All Defendants For Copyright Infringement

27       16.   Informatica realleges and incorporates by this reference the

28  allegations contained in paragraphs 1 through 15, inclusive, as though they were

   fully set forth herein.

{00010441}                              4

Case No.:                                                    COMPLAINT

1    17.    By, without limitation, reproducing, distributing, and otherwise

2  exploiting the DGA program, and/or by authorizing or contributing to the

3  foregoing, Defendants have infringed and will continue to infringe Informatica's

4  copyright interests in the DGA program.

5    18.    Informatica is informed and believes and based thereon alleges that

6  Defendants' infringing acts were, and continue to be, committed willfully and

7  knowingly.

8    19.    As a result of Defendants' copyright infringement as alleged above,

9  Informatica has suffered and will continue to suffer injury and damage in an

10 amount to be determined at trial.  Furthermore, Informatica is informed and

11 believes and based thereon alleges that Defendants have received or will receive

12 profits, gains, or other benefits from their infringing activities, all of which should

13 be disgorged to Informatica.  In the alternative, Informatica reserves the right to

14 seek statutory damages for Defendants' intentional infringement of its copyrighted

15 works.

16   20.    Defendants' infringement of Informatica's copyrighted work has

17 caused and will cause irreparable harm to Informatica which cannot be fully

18 compensated by money.  Informatica has no adequate remedy at law.  Informatica

19 is therefore entitled to preliminary and permanent injunctive relief, preventing

20 Defendants from continuing to infringe Informatica's copyrighted works.

21   21.    Informatica has and will incur attorneys' fees in pursuing this action,

22 which fees Informatica should recover from Defendants.

23

24

25 WHEREFORE, Informatica prays for judgment on its Complaint as follows:

26   1.    For Informatica's actual damages plus Defendants' profits in an

27 amount to be determined at trial or, in the alternative, for statutory damages, plus

28 Informatica's attorneys' fees;

{00010441}                                    5

Case No.:                                                          COMPLAINT

1   2.  For preliminary and permanent injunctive relief restraining and

2 enjoining Defendants, their officers, agents, servants, employees, partners,

3 subsidiaries and attorneys, and all persons acting in concert with any one or more

4 of them, or on any of their respective behalves, from copying, distributing, or

5 otherwise exploiting the DGA program, or any part thereof.

6   3.  For Informatica's costs of suit herein; and

7   4.  For such other and further relief as the Court may deem just and

8 proper.

9 DATED:  May 21, 2010    KELLMAN HOFFER LLP

10

11

12         By: _____

13          MATTHEW N. FALLEY
           Attorneys for Plaintiff
14          Informatica Corporation.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00010441}         6
Case No.:                   COMPLAINT

1

## DEMAND FOR JURY TRIAL

2          Plaintiff Informatica Corporation hereby demands a jury trial as provided by

3    Rule 38(a) of the Federal Rules of Civil Procedure.

4

5    DATED:  May 21, 2010                KELLMAN HOFFER LLP

6

7                                        By:_____

8                                            MATTHEW N. FALLEY
                                             Attorneys for Plaintiff
9                                            Informatica Corporation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28